NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY A. CARTER, DOC #Y00008,   )
   )
      Appellant,   )
   )
v.   )     Case No. 2D18-1184
   )
STATE OF FLORIDA,   )
   )
      Appellee.   )
_____)

Opinion filed March 15, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b) (2) from the Circuit Court for
Hendry County; James D. Sloan,
Judge.

Anthony A. Carter, pro se.

PER CURIAM.

      Affirmed.

LaROSE, C.J., LUCAS, and SALARIO, JJ., Concur.